IT IS SO ORDERED:

*[signature]*
David N. Hurd
U.S. District Judge

Dated: 04-03-2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DG New York CS, LLC, DG 1 Acquisition Co., LLC,
NSF Coventry Site 2, LLC, NSF Coventry Site 3, LLC,
NSF Enfield Site 1, LLC, NSF Enfield Site 2, LLC,
and NSF Enfield Site 3, LLC

Plaintiffs,

- vs -

Norbut Solar Farm, LLC, David Norbut,
2194 State HWY 206, LLC, and
Applegate Road, LLC,

Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL**

Case No.
1:23-cv-971 (DNH/DJS)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the above-captioned action, including all claims, counterclaims, and defenses, is voluntarily dismissed, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 2, 2024
         Albany, NY

**BOIES SCHILLER FLEXNER LLP**

By: */s/ George F. Carpinello*
     George F. Carpinello
     Jenna C. Smith

30 South Pearl Street
Albany, NY 12207
Tel.: (581) 434-0600
gcarpinello@bsfllp.com
jsmith@bsfllp.com

*Attorneys for Plaintiffs*

Dated: April 2, 2024
         Rochester, NY

**NIXON PEABODY LLP**

By: */s/ Eric M. Ferrante*
     Eric M. Ferrante
     William E. Reynolds

1300 Clinton Square
Rochester, NY 14604
Tel: (585) 263-1000
eferrante@nixonpeabody.com
wreynolds@nixonpeabody.com

*Attorneys for Defendants*

4868-3415-2627